NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 5 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROSLYN DARLING, AKA Robin Hughes, | No. 17-56740 |
| Plaintiff-Appellant, | D.C. No. 2:11-cv-07086-RGK-SP |
| v. | |
| BRIAN NELSON, Detective, in his individual capacity; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Submitted August 31, 2018**

Before:  THOMAS, Chief Judge, and HAWKINS and McKEOWN, Circuit Judges.

Roslyn Darling, aka Robin Hughes, appeals pro se the district court's award

of costs to the prevailing defendants.  We have jurisdiction under 28 U.S.C.

§ 1291.  We review for an abuse of discretion, *Save Our Valley v. Sound Transit*,

---

\*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

335 F.3d 932, 944 n.12 (9th Cir. 2003), and we affirm.

The district court did not abuse its discretion by awarding costs to defendants as there is a presumption for awarding costs to prevailing parties under Federal Rule of Civil Procedure 54(d)(1). Notably, the court reviewed the requested costs, cut the cost bill considerably, and awarded costs only for Darling's deposition.

**AFFIRMED.**